UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

RICARDO AGUILA and TERESA AGUILA,
and other similarly situated individuals,

    Plaintiffs,

v.

CORPORATE CATERERS IV, INC.,
a Florida Profit Corporation and
JIM GASS, individually,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**

Defendants, Corporate Caterers IV, Inc. and Jim Gass, individually ("Defendants"), through their undersigned attorneys, file this Notice of Removal of Civil Action in this cause filed by the Plaintiffs, Richardo Aguila and Teresa Aguila, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and in support thereof state:

1.    Attached hereto is a copy of all process, pleadings, and orders served upon Defendant in the matter of *Ricardo Aguila and Teresa Aguila v. Corporate Caterers IV, Inc. and Jim Gass*, Case No.2015-024963CA(01), in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida, as required by 28 U.S.C. § 1446(a). The documents are a Summons and Complaint, which are attached hereto as Composite Exhibit "1".

2.    Defendants are entitled to removal from the state court to this Court pursuant to 28 U.S.C. § 1441(a), which permits removal by a defendant to the District Court for the United States for the district and division embracing the place where such action is pending provided that the District Courts of the United States have original jurisdiction of the civil action brought

in State Court. As set forth in Plaintiff's Complaint, the Complaint sets forth one substantive counts: "Count I – Wage and Hour Violations ("Fair Labor Standards Act" or "FLSA"). The action is predicated on the recovery of overtime compensation pursuant to 29 U.S.C. §201 *et seq.* ("FLSA"), which provides a basis for federal question jurisdiction under 28 U.S.C. § 1441(a) and under 29 U.S.C. § 216(b).

3. The Complaint states that the claim arose in Miami Dade County, Florida (*Complaint* ¶ 6), and that the suit was commenced in Miami Dade County, Florida, which places venue in this Court pursuant to 29 U.S.C. § 201 *et seq.* While the Complaint alleges that the employment took place in Miami, it did not. The Corporate Defendants are in Palm Beach County, Florida.

5. Defendants were served with the Summons (original process) and the Complaint on November 10, 2015, and accordingly this Notice of Removal is timely filed in accordance with 28 U.S.C. § 1441(a).

WHEREFORE, Defendants hereby give notice to the Court that the above-described cause from the jurisdiction of the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida is hereby removed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 23, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record (Jason S. Remer, Esq.,) or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing. A copy is also being sent to

Jason Remer, Esq. via electronic mail. Additionally, a copy of this document was served on the clerk of court for the Miami Dade County Court.

                                 Respectfully submitted,

                                 By: /s/ *Chris Kleppin*
                                    Chris Kleppin, Esq.
                                    Fla. Bar No. 625485
                                    ckleppin@gkemploymentlaw.com
                                    Chelsea A. Lewis, Esq.
                                    Fla. Bar No. 111607
                                    clewis@gkemploymentlaw.com
                                    Glasser & Kleppin, P.A.
                                    *Attorneys for Defendants*
                                    8751 W. Broward Blvd.
                                    Suite 105
                                    Plantation, FL 33324
                                    Tel. (954) 424-1933
                                    Fax  (954) 474-7405
Secondary E-Mails:   dcano@gkemploymentlaw.com
                                    esinclair@gkemploymentlaw.com